UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No.: 3:13-CR-106-TAV-CCS-7 |
| JENNIFER LANGLEY, | ) | |
| Defendant. | ) | |

# MEMORANDUM OPINION AND ORDER

This criminal case is before the Court on the defendant's *pro se* motion for early termination of supervised release [Doc. 299]. The defendant pleaded guilty to conspiracy to distribute and possess with intent to distribute oxycodone [Doc. 78], and the Court sentenced her to eighteen months' imprisonment, followed by four years of supervised release [Doc. 211].

The defendant has filed a request for early termination of her supervised release [Doc. 299], in which she notes that she has regained custody of her two youngest children since her release, and she has strived each day to be a productive mother and "an all-around good person." The defendant says that she has overcome her drug dependency issues and has passed every administered drug test. She has maintained steady employment, attended counseling, and complied with all requirements of her supervised release. The defendant expresses her sincere remorse with regard to her past criminal conduct, and she relays to the Court that she has become a productive member of society.

The government and the U.S. Probation Office have informed the Court that they do not oppose early termination of the defendant's term of supervised release.

Section 3583(e)(1), United States Code, title 18, provides that:

> The court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)--
> (1)     terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice[.]

18 U.S.C. § 3583(e)(1).

After carefully considering the requirements of the statute, the Court finds that the relevant portions of 18 U.S.C. § 3553(a) support early termination of the defendant's supervised release. In support of this determination, the Court notes that the defendant has completed more than one-half of her term of supervised release. In addition, it appears that the defendant has been taking steps to improve her prospects for the future.

In sum, the Court "is satisfied that [early termination] is warranted by the conduct of the defendant released and the interest of justice," 18 U.S.C. § 3583(e)(1), and hereby **GRANTS** the defendant's motion [Doc. 299]. The defendant's supervised release is hereby **TERMINATED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

2

Case 3:13-cr-00106-TAV-CCS   Document 300   Filed 02/24/17   Page 2 of 2   PageID #: 1662